# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DARREN L. GLOVER,

    Plaintiffs,

v.      Case No. 5:19cv181-RH-MJF

MICHAEL J. BAXTER,
WILLIAM T. MITCHELL,
COREY E. SILCOX, and
MICHAEL A. MONEYHAM,

    Defendants.

_____/

## ORDER DENYING AS MOOT THE MOTION
## TO DISMISS THE ORIGINAL COMPLAINT

The plaintiff has filed as of right a first amended complaint. ECF No. 15. Accordingly,

IT IS ORDERED:

The motion, ECF No. 11, to dismiss the original complaint is denied as moot.

SO ORDERED on October 24, 2019.

                s/Robert L. Hinkle
                United States District Judge