IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARREN L. GLOVER,

    Plaintiff,

vs.                                                   CASE NO. 5:19-cv-181-RH/MJF

MICHAEL J. BAXTER, WILLIAM T.
MITCHELL, COREY E. SILCOX, and
MICHAEL A. MONEYHAM,
Individually

    Defendants.
_____/

## **DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

    Defendant, MICHAEL A. MONEYHAM, requests to substitute counsel in this action, and the undersigned stipulate and request the Court to approve the substitution of counsel such that JUDSON H. ORRICK and his law firm, EQUELS LAW FIRM, are substituted as counsel of record on behalf of the Defendant, MICHAEL A. MONEYHAM. The undersigned request the Court approve the substitution of counsel as described above, and further, relieving Thomas R. Thompson, Esq. and Mallory R. Bennett, Esq. and the law firm, Thompson, Crawford & Smiley P.A., 1330 Thomasville Road, Tallahassee, Florida 32303 of any responsibilities as counsel of record in this case.

1

It is further requested that all future pleadings, correspondence, and notifications from the Court and all parties directed to DEFENDANT, MICHAEL A. MONEYHAM be sent to the attention of Judson H. Orrick, Esquire at the address and email addresses stated below.

Dated this 25 day of October, 2019.

JUDSON H. ORRICK
Florida Bar No. 872430
Equels Law Firm
313 Johnston Street
Tallahassee, Florida 32303
850.222.2900 - phone
850.222-2933 - facsimile
jorrick@equelslaw.com

THOMAS R. THOMPSON
Florida Bar No. 890596
tom@tcslawfirm.net
MALLORY R. BENNETT
Florida Bar No. 0124039
mallory@tcslawfirm.net
1330 Thomasville Rd.
Tallahassee, FL 32303
(850) 386-5777 - phone
(850) 386-8507 - facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the Florida Federal CMECF Portal which will send electronic notification to all counsel of record on this 28 day of October, 2019.

Thomas R. Thompson, Attorney