IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARREN L. GLOVER

    Plaintiff,

v.                               CASE NO. 5:19cv181-RH-MJF

MICHAEL J. BAXTER, WILLIAM T.
MITCHELL, COREY E. SILCOX, and
MICHAEL A. MONEYHAM, individually,

    Defendants.

_____/

## ORDER SUBSTITUTING ATTORNEYS

The motion of the defendant Michael A. Moneyham to substitute attorneys, ECF No. 26, is granted. Thomas R. Thompson and Mallory R. Bennett of Thompson, Crawford & Smiley, P.A. are given leave to withdraw, effective immediately. The appearance of Judson H. Orrick of the Equels Law Firm is noted.

SO ORDERED on October 29, 2019.

                              s/Robert L. Hinkle
                              United States District Judge