IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARREN L. GLOVER,

    Plaintiff,

vs.                            CASE NO. 5:19-cv-181-RH/MJF

MICHAEL J. BAXTER, WILLIAM T.
MITCHELL, COREY E. SILCOX, and
MICHAEL A. MONEYHAM,
Individually

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES
## OF DEFENDANTS MITCHELL, SILCOX AND MONEYHAM
## TO PLAINTIFF'S AMENDED COMPLAINT

Defendants WILLIAM T. MITCHELL, COREY E. SILCOX, and MICHAEL A. MONEYHAM, through counsel, hereby answer Plaintiff's Amended Complaint and state:

    1.    Admitted that Plaintiff purports to bring a cause of action as alleged but denies liability and that Plaintiff is entitled to any relief.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted.

1

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

## COMMON ALLEGATIONS OF FACT

10. Admitted.

11. Admitted.

12. Without knowledge, therefore denied.

13. Without knowledge, therefore denied.

14. Without knowledge, therefore denied.

15. Without knowledge, therefore denied.

16. Without knowledge, therefore denied.

17. Without knowledge, therefore denied.

18. Without knowledge, therefore denied.

19. Without knowledge, therefore denied.

20. Without knowledge, therefore denied.

21. Without knowledge, therefore denied.

22. Without knowledge, therefore denied.

23. Without knowledge, therefore denied.

2

24. Admitted.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Admitted.

44. Admitted.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

## CAUSES OF ACTION

### I. 42 U.S.C. §1983: Eighth Amendment (Baxter, Silcox, Mitchell and Moneyham)

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

4

## II. 42 U.S.C. §1981: Violation of Equal Rights
## (Baxter, Mitchell, Silcox and Moneyham)

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

### Prayer for Relief

A-E   Admitted that Plaintiff demands a trial by jury. Defendants deny each other allegation contained in plaintiff's Complaint not specifically admitted or addressed in this answer. By way of further answer and affirmative defenses, defendants state as follows:

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief can be granted. Therefore, this complaint should be dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred in whole or in part by the statute of limitations applicable to Plaintiff's claims.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the Eleventh Amendment and his complaint should be dismissed.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), and therefore his complaint should be dismissed.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are protected from liability and suit by Eleventh Amendment immunity and the doctrine of qualified immunity.

## RESERVATION OF DEFENSES

Defendants reserve the right to amend this answer in order to assert any additional affirmative defenses that may be uncovered or made known during the pendency of this case.

**WHEREFORE,** defendants Mitchell, Silcox and Moneyham request that this Court dismiss this action with prejudice and assess costs against plaintiff.

Respectfully submitted this 6th day of December 2019.

/s/ *Judson H. Orrick*
JUDSON H. ORRICK
Florida Bar No. 872430
313 Johnston Street
Tallahassee, Florida 32303
850.222.2900 - phone
850.222-2933 - facsimile
jorrick@equelslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the Federal CMECF Portal which will send electronic notification to all counsel of record on this 6th day of December 2019.

*Judson H. Orrick*