# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DARREN L. GLOVER,                     CASE NO.: 5:19-CV-00181-RH-MJF

    Plaintiff,

vs.

MICHAEL J. BAXTER, WILLIAM T.
MITCHELL, COREY E. SILCOX, and
MICHAEL A. MONEYHAM, Individually,

    Defendants.
_____/

## DESIGNATION
## OF EMAIL ADDRESSES

JUDSON H. ORRICK, as counsel for the Defendant, WILLIAM T. MITCHELL and COREY E. SILCOX, pursuant to the Florida Rules of Civil Procedure 2.516, hereby designates undersigned counsel's primary electronic mail address and secondary electronic mail address for this proceeding as follows:

    Primary E-Mail Address:         Judson H. Orrick
                                                  jho@OrrickLitigation.com

    Secondary E-Mail Address:      Sally E. Salerno
                                                  Sally@OrrickLitigation.com

DATED this 22nd day of January, 2020.

                                                                       s/ *Judson H. Orrick*
                                                                       JUDSON H. ORRICK

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Filing to all counsel of record this 22nd day of January, 2020.

                                          *s/ Judson H. Orrick*
                                          Judson H. Orrick
                                          Florida Bar No. 872430
                                          Orrick Litigation
                                          313 Johnston Street
                                          Tallahassee, FL  32303
                                          (850) 222-2900
                                          (850) 222-2933 facsimile
                                          jho@OrrickLitigation.com
                                          Sally@OrrickLitigation.com